IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SinglePoint Direct Solar, LLC, and SinglePoint, Inc., <br><br>  Plaintiffs, <br><br> vs. <br><br> Pablo Diaz Curiel, Kjelsey Johnson, Brian Odle, Solar Integrated Roofing Corp, Inc., USA Solar Network, LLC, Elijah Chaffino, Christa Berume, and Jessica Hernandez, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. CV 21-01076-PHX-JAT <br><br> **ORDER** |

The parties have submitted a stipulation regarding ESI (Doc. 144). At various internal places, the stipulation refers to itself as "this Order". (*See, e.g.,* Doc. 144 at 11, ¶ 9.) Of course, the stipulation is not an Order. Within the stipulation, the parties never seek Court approval or adoption of the stipulation. Further, the parties did not submit a proposed form of Order for the Court to sign regarding the stipulation. Thus, the Court deems the stipulation to be binding among the parties as any contract or agreement would be binding, but it is not an Order of this Court. Accordingly,

/ / /

/ / /

/ / /

/ / /

1    **IT IS ORDERED** that the Clerk of the Court shall remove Doc. 144 from this
2    Court's pending stipulations list as the parties did not seek Court action on the stipulation.
3    Dated this 28th day of March, 2022.

James A. Teilborg
Senior United States District Judge