Kendra Canape, *admitted pro hac vice* (CA Bar No. 259641)
Kira N. Barrett (SBN: 029778)
Mary M. Curtin (SBN: 031973)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2479
Facsimile: (602) 265-4716
kcanape@grsm.com
knbarrett@grsm.com
mcurtin@grsm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SinglePoint Direct Solar, LLC, and SinglePoint, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Solar Integrated Roofing Corp, Inc., USA Solar Network, LLC, <br><br> Defendants. | **CASE NO. 2:21-cv-01076-JAT** <br><br> **NOTICE OF SETTLEMENT** |

Plaintiffs SinglePoint Direct Solar, LLC and SinglePoint, Inc. give notice pursuant to LRCiv 40.2 that the parties have reached a settlement and anticipate finalizing all required documentation to effectuate the settlement within the next fourteen (14) days. The parties will thereafter file a stipulation and proposed order for dismissal.

Dated this 31st day of March, 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Kira N. Barrett*_____
    Kendra Canape
    Kira N. Barrett
    Mary M. Curtin
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cody S. Mounteer, Esq. (admitted pro hac vice)
Alexander K. Calaway, Esq. (admitted pro hac vice)
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
cmounteer@maclaw.com
acalaway@maclaw.com
*Attorneys for Defendants*

  Kimberley M. Davison

1241073/75566453v.1